07cv6164
JUDGE DARRAH
MAG. JUDGE COLE

CAT III
JH

The civil cover sheet and th[e information contained herein neither replace nor supplement the filin]g and service of pleadings or other papers as required by law, except as provided by [local rules of court. This form is required for the use of] t[he Clerk of Court ]for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE [REVERSE OF THE FORM.])

**(a) PLAINTIFFS**
Fernando Navarrete and Eduardo Flores

DEFENDA**NTS**
JQS Property Maintenance and Joseph G. Carpenter, individually

**(b)** County of Residence of First Listed Plaintiff  McHenry
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  McHenry
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
JN Oct. 31, 2007
OCT 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601    (312) 540-1230

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane / [ ]362 Personal Injury— Med. Malpractice | [ ]620 Other Food & Drug | [ ]423 Withdrawal 28 USC 157 | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability / [ ]365 Personal Injury— Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 |  | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument |  | [ ]630 Liquor Laws |  | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]320 Assault, Libel & Slander / [ ]368 Asbestos Personal Injury Product Liability | [ ]640 R.R. & Truck | **PROPERTY RIGHTS** | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]330 Federal Employers' Liability |  [ ]650 Airline Regs. | [ ]820 Copyrights | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (excl. vet.) | [ ]340 Marine / **PERSONAL PROPERTY** | [ ]660 Occupational Safety/Health | [ ]830 Patent | [ ]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]345 Marine Product Liability / [ ]370 Other Fraud | [ ]690 Other | [ ]840 Trademark | [ ]490 Cable/Satellite TV |
| [ ]160 Stockholders' Suits | [ ]350 Motor Vehicle / [ ]371 Truth in Lending |  |  | [ ]810 Selective Service |
| [ ]190 Other Contract | [ ]355 Motor Vehicle Product Liability / [ ]380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ]850 Security/Commodity/Exch. |
| [ ]195 Contract Product Liability |  | [■]710 Fair Labor Standards Act | [ ]861 HIA (1395ff) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | [ ]360 Other Personal Inj. / [ ]385 Property Damage Product Liability |  | [ ]862 Black Lung (923) | [ ]891 Agricultural Acts |
|  |  | [ ]720 Labor/Mgmt. Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | [ ]864 SSID Title XVI | [ ]893 Environmental Matters |
|  |  | [ ]730 Labor/Mgmt.Reporting & Disclosure Act | [ ]865 RSI (405(g)) | [ ]894 Energy Allocation Act |
| [ ]210 Land Condemnation | [ ]441 Voting / [ ]510 Motions to Vacate Sentence |  |  | [ ]895 Freedom of Information Act |
| [ ]220 Foreclosure | [ ]442 Employment / Habeas Corpus: | [ ]740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/ Accommodations / [ ]530 General |  |  |  |
| [ ]240 Torts to Land |  | [ ]790 Other Labor Litigation | [ ]870 Taxes (U.S. Plaintiff or Defendant) |  |
| [ ]245 Tort Product Liability | [ ]444 Welfare / [ ]535 Death Penalty |  |  | [ ]950 Constitutionality of State Statutes |
| [ ]290 All Other Real Property | [ ]445 ADA—Employment / [ ]540 Mandamus & Other | [ ]791 Empl. Ret. Inc. Security Act | [ ]871 IRS—Third Party 26 USC 7609 | [ ]890 Other Statutory Actions |
|  | [ ]446 ADA—Other / [ ]550 Civil Rights |  |  |  |
|  | [ ]440 Other Civil Rights / [ ]555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [■]1 Original Proceeding
- [ ]2 Removed from State Court
- [ ]3 Remanded from Appellate Court
- [ ]4 Reinstated or Reopened
- [ ]5 Transferred from another district (specify)
- [ ]6 Multidistrict Litigation
- [ ]7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Fair Labor Standards Act, 29 U.S.C. 201 et seq., Illinois Minimum Wage Law, 820 Ill. Comp. Stat. 105/1-15

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ]Yes  [■]No

**IX. This case**   [■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE  10/31/07
SIGNATURE OF ATTORNEY OF RECORD  /s/ Marc Siegel