AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Fernando Navarrete and Eduardo Flores

CASE NUMBER: 07C 6164

V.

ASSIGNED JUDGE: JUDGE JOHN W DARRAH

JQS Property Maintenance and Joseph G.
Carpenter, individually

DESIGNATED MAGISTRATE JUDGE COLE
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Joseph G. Carpenter
15917 U.S. Highway 14
Woodstock, IL 60098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caffarelli & Siegel Ltd.
c/o Marc J. Siegel
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

OCT 3 1 2007
_____
DATE

# Affidavit of Process Server *etal*

_Fernando Navarrette etal_ vs _JQS Property Maintenance O7C6164_

PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE #

Being duly sworn, on my oath, I ___Walter Schwalm___,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served ___Joseph G. Carpenter___
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ ___Summons & Complaint___

by serving (NAME) x ___Joseph G. Carpenter 11-2-07___

at ☒ Home ___15917 Rt 14    Woodstock, Ill.___

☐ Business ___

☒ on (DATE) ___11/2/07___ at (TIME) ___2:45 P.M.___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ___

from (CITY) ___    (STATE) ___.

**Manner of Service:**
☒ By Personal Service. ___Joseph G. Carpenter___
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely ___
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely ___
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                        ☐ Other: ___
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant   ___
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )___ , ( )___
DATE  TIME          DATE  TIME

( )___ , ( )___ , ( )___
DATE  TIME          DATE  TIME          DATE  TIME

**Description:**
☒ Male      ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                    ☒ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.   ☒ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin      ☐ Red Hair      ☒ Beard         ☐ Over 65 Yrs. ☐ Over 6'      ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: ___Hazel eyes, bearded chin___

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this ___3___ day of ___November 2007___

NOTARY PUBLIC

SERVED BY ___Walter Schwalm___
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.