AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Fernando Navarrete and Eduardo Flores

CASE NUMBER: **07C 6164**

V.

ASSIGNED JUDGE: **JUDGE JOHN W DARRAH**

JQS Property Maintenance and Joseph G. Carpenter, individually

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

JQS Property Maintenance
c/o Joseph G. Carpenter
15917 U.S. Highway 14
Woodstock, IL 60098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Caffarelli & Siegel Ltd.
c/o Marc J. Siegel
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

OCT 3 1 2007
DATE

# Affidavit of Process Server

*et al*   *et al 07C6164*

**Fernando Navarrete** vs **JQS Property Maintenance**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Walter Schwalm** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **JQS Property Maintenance**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons & Complaint**

by serving (NAME) x **Joseph Carpenter 11-2-07**
at ☒ Home **15917 Rt 14 Woodstock, Ill.**
☐ Business _____
☒ on (DATE) **11/2/07** at (TIME) **2:45 P.M.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By (Personal Service.) **Joseph G. Carpenter**
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☒ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: **HAZEL EYES, bearded chin**

State of Illinois   County of Cook

*Walter Schwalm*
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this ____ day of **November**, 20**07**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.