UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO NAVARRETE and<br>EDUARDO FLORES, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 07 C 6164 |
| v. | )<br>) | Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE and<br>JOSEPH G. CARPENTER, individually. | )<br>)<br>) | |
| Defendants. | ) | |

**MOTION TO TRANSFER VENUE**

NOW COMES the Defendant, Joseph G. Carpenter, by and through his attorney, James T. Harrison, and pursuant to 28 U.S.C. §1404(a), and for the reasons set forth more fully in Defendants' Memorandum of Law, moves this Honorable Court to transfer venue of the instant action to the United States District Court for the Northern District of Illinois, Western Division.

Respectfully submitted,

"s/James T. Harrison"
Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
(815) 338-7738 (Fax)
Attorney No. 06207020

1