**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FERNANDO NAVARRETE and ) <br> EDUARDO FLORES, ) <br>         Plaintiffs, ) <br>         ) <br> v. ) <br>         ) <br> JQS PROPERTY MAINTENANCE and ) <br> JOSEPH G. CARPENTER, individually. ) <br>         ) <br>         Defendants. ) | No. 07 C 6164 <br><br> Judge John W. Darrah |

## NOTICE OF MOTION

TO:   Marc J. Siegel
        Lorraine T. Peeters
        Caffarelli & Siegel Ltd.
        Two Prudential Plaza
        180 North Stetson, Suite 3150
        Chicago, IL 60601

      YOU ARE HEREBY NOTIFIED that on December 6, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, in Courtroom 1203, Chicago, Illinois 60604, and then and there present a **Motion to Transfer Venue**, a copy of which is attached and hereby served upon you.

                                                              Respectfully submitted,

                                                              "s/James T. Harrison"
                                                              Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020