UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO NAVARRETE and<br>EDUARDO FLORES, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 07 C 6164 |
| v. | )<br>) | Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE and<br>JOSEPH G. CARPENTER, individually. | )<br>)<br>) | |
| Defendants. | ) | |

**MOTION FOR A MORE DEFINITE STATEMENT**

NOW COMES the Defendant, Joseph G. Carpenter, by and through his attorney, James T. Harrison, and pursuant to Fed. R. Civ. P. 12(e), and for the reasons set forth more fully in Defendant's Memorandum of Law, moves this Honorable Court for a more definite statement before interposing a responsive pleading.

                                                                             Respectfully submitted,

                                                                             "s/James T. Harrison"
                                                                             Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
(815) 338-7738 (Fax)
Attorney No. 06207020