UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and ) <br> EDUARDO FLORES, ) <br> ) <br> Plaintiffs, ) <br> ) No. 07 C 6164 <br> v. ) <br> ) Judge John W. Darrah <br> JQS PROPERTY MAINTENANCE and ) <br> JOSEPH G. CARPENTER, individually. ) <br> ) <br> Defendants. ) | |

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Motion for a More Definite Statement and Memorandum of Law in Support of Motion for a More Definite Statement** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 30th day of November, 2007, using the CM/ECF system.

                                  Marc J. Siegel
                                  Lorraine T. Peeters
                                  Caffarelli & Siegel Ltd.
                                  Two Prudential Plaza
                                  180 North Stetson, Suite 3150
                                  Chicago, IL 60601

                                  "s/James T. Harrison"
                                  Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020