UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and ) | |
| EDUARDO FLORES, ) | |
| Plaintiffs, ) | |
| ) | No. 07 C 6164 |
| v. ) | |
| ) | Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE and ) | |
| JOSEPH G. CARPENTER, individually. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Marc J. Siegel
  Lorraine T. Peeters
  Caffarelli & Siegel Ltd.
  Two Prudential Plaza
  180 North Stetson, Suite 3150
  Chicago, IL 60601

 YOU ARE HEREBY NOTIFIED that on December 6, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, in Courtroom 1203, Chicago, Illinois 60604, and then and there present a **Motion For More Definite Statement**, a copy of which is attached and hereby served upon you.

 Respectfully submitted,

 "s/James T. Harrison"
 Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020