## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6164 | **DATE** | 12/6/2007 |
| **CASE TITLE** | Navarette vs. JQS Property Maintenance | | |

**DOCKET ENTRY TEXT**

Defendant's motion for a more definite statement [15] is denied. Defendant's motion to transfer [12] is entered and briefed as follows: response by 12/20/07, reply by 1/9/08. Status hearing set for 2/13/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 1/3/08.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|