UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and EDUARDO FLORES, | |
| Plaintiffs, | No. 07 C 6164 |
| v. | Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE, and JOSEPH G. CARPENTER, individually, | |
| Defendants. | |

### AFFIDAVIT OF FERNANDO NAVARRETE

I, Fernando Navarrete, on oath and depose and state that if called to testify in connection with any hearing or trial in this cause, I could competently testify to the following facts:

1. My name is Fernando Navarrete and I am over the age of 21 years.

2. I am one of the Plaintiffs in the above-captioned case.

3. I am a former hourly employee of Defendants JQS Property Maintenance and Joseph G. Carpenter.

4. During my employment with Defendants I performed work in both McHenry and Lake Counties.

5. One of my job duties was to pick up supplies for Defendants' landscaping jobs. I would often travel to Wauconda, Illinois to buy certain supplies. Wauconda is located in Lake County.

6. Many of Defendants' customers reside in Cary, McHenry, or Crystal Lake. As a result, most of my work performed in McHenry County occurred in Cary, McHenry, or Crystal Lake.

EXHIBIT A

7. It is not more convenient for me to travel to Rockford rather than Chicago.

FURTHER AFFIANT SAYETH NOT.

*Fernando Navarrete*
Fernando Navarrete

Subscribed to and Sworn Before Me This

19th day of Dec, 2007

_____
Notary Public

"OFFICIAL SEAL"
IVAN CANO
Notary Public, State of Illinois
My Commission Expires August 08, 2011

McHenry Co IL