STATE OF ILLINOIS          )
                                   ) ss
COUNTY OF MCHENRY    )

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FERNANDO NAVARRETE and       )
EDUARDO FLORES,               )
                                   )
        Plaintiffs,               )
                                   )    No. 07 C 6164
v.                                       )
                                   )    Judge John W. Darrah
JQS PROPERTY MAINTENANCE and   )
JOSEPH G. CARPENTER, individually.   )
                                   )
        Defendants.           )

## VERIFICATION

Under penalties as provided by law, the undersigned, Joseph G. Carpenter, having first been duly sworn upon oath, states that he has read the foregoing **Answer to Complaint**, and that the statements set forth therein are true and correct to the best of his knowledge, information and belief.

_Joseph G. Carpenter_
Joseph G. Carpenter

SUBSCRIBED AND SWORN to before me
this 28th day of November, 2007.

_Carolyn Harrison_
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN HARRISON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2008