**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FERNANDO NAVARRETE and | ) | |
| EDUARDO FLORES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 6164 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE and | ) | |
| JOSEPH G. CARPENTER, individually. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Marc J. Siegel
      Bradley Manewith
      Lorraine T. Peeters
      Caffarelli & Siegel Ltd.
      Two Prudential Plaza
      180 North Stetson, Suite 3150
      Chicago, IL 60601

      Vincent H. Beckman III
      Farmworker Advocacy Project
      220 S. State Street, Suite 1700
      Chicago, IL 60604

      PLEASE TAKE NOTICE that on December 21, 2007, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, an **Answer to Complaint**, in reference to the above-captioned case.

                                                     Respectfully submitted,

                                                     "s/James T. Harrison"
                                                     Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020