UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and<br>EDUARDO FLORES,<br><br>    Plaintiffs,<br><br>v.<br><br>JQS PROPERTY MAINTENANCE and<br>JOSEPH G. CARPENTER, individually.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No. 07 C 6164<br>)<br>) Judge John W. Darrah<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Answer to Complaint** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 21st day of December, 2007, using the CM/ECF system.

        Marc J. Siegel
        Bradley Manewith
        Lorraine T. Peeters
        Caffarelli & Siegel Ltd.
        Two Prudential Plaza
        180 North Stetson, Suite 3150
        Chicago, IL 60601

        Vincent H. Beckman III
        Farmworker Advocacy Project
        220 S. State Street, Suite 1700
        Chicago, IL 60604

            "s/James T. Harrison"
            Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020