County of McHenry )
                  ) ss
State of Illinois )

## AFFIDAVIT

Affiant, Joseph Carpenter, of 15917 Route 14, McHenry County, Woodstock, Illinois, having first been duly sworn and upon oath states that he has first-hand knowledge of the following facts and that if called to testify he would competently testify to the following:

1. I am the owner of JQS Property Maintenance.
2. I live at 15917 Route 14 in Woodstock, McHenry County, Illinois.
3. JQS Property Maintenance is located at and operated out of my residence in McHenry County, Illinois. The actual work of JQS Property Maintenance is the performance of lawn mowing and snow plowing services.
4. All payroll records for JQS Property Maintenance are kept at my residence/business address in McHenry County, Illinois.
5. Customers of JQS Property Maintenance are located in McHenry County, Illinois.
6. I reside and operate my business approximately 70 miles from Chicago, Illinois, and approximately 35 miles from Rockford, Illinois.
7. Fernando Navarrete and Eduardo Flores ("Plaintiffs") are personally known to me and upon information and belief presently reside in the City of Harvard, McHenry County, Illinois.
8. The job responsibilities of Plaintiffs were to perform lawn mowing services. It was not part of the job responsibilities of Plaintiffs to pick up supplies for the landscaping jobs. Rather, once or twice a year, the Plaintiffs would ride with me when I purchased and picked up supplies for JQS Property Maintenance.

Further Affiant sayeth not.

_____
Joseph G. Carpenter

SIGNED AND SWORN TO before me
this 3rd day of January, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN HARRISON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2008