UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and<br>EDUARDO FLORES,<br><br>                 Plaintiffs,<br><br>v.<br><br>JQS PROPERTY MAINTENANCE and<br>JOSEPH G. CARPENTER, individually.<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)   No. 07 C 6164<br>)<br>)   Judge John W. Darrah<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    Marc J. Siegel
          Bradley Manewith
          Lorraine T. Peeters
          Caffarelli & Siegel Ltd.
          Two Prudential Plaza
          180 North Stetson, Suite 3150
          Chicago, IL 60601

          Vincent H. Beckman III
          Farmworker Advocacy Project
          220 S. State Street, Suite 1700
          Chicago, IL 60604

       PLEASE TAKE NOTICE that on January 9, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, a **Reply Memorandum in Support of Motion to Transfer Venue**, in reference to the above-captioned case.

                                                          Respectfully submitted,

                                                          "s/James T. Harrison"
                                                          Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020