UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and EDUARDO FLORES, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) No. 07 C 6164 |
| v. | ) |
| | ) Judge John W. Darrah |
| JQS PROPERTY MAINTENANCE and JOSEPH G. CARPENTER, individually. | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Reply Memorandum in Support of Motion to Transfer Venue** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 9th day of January, 2008, using the CM/ECF system.

> Marc J. Siegel
> Bradley Manewith
> Lorraine T. Peeters
> Caffarelli & Siegel Ltd.
> Two Prudential Plaza
> 180 North Stetson, Suite 3150
> Chicago, IL 60601
>
> Vincent H. Beckman III
> Farmworker Advocacy Project
> 220 S. State Street, Suite 1700
> Chicago, IL 60604
> Fax: (312) 347-7604

>> "s/James T. Harrison"
>> Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020