**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FERNANDO NAVARRETE and EDUARDO FLORES, | |
| Plaintiffs, | Case No. 07-cv-6164 |
| | Judge Darrah |
| v. | |
| JQS PROPERTY MAINTENANCE, and JOSEPH G. CARPENTER, individually, | Magistrate Judge Cole |
| Defendants. | |

**NOTICE OF FILING PLAINTIFFS' ACCEPTANCE OF**
**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

**PLEASE TAKE NOTICE** that on January 31, 2008, pursuant to Rule 68 of the Federal Rules of Civil Procedure, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68.

Dated: January 31, 2008                              Respectfully submitted,

Marc J. Siegel, #06238100
Bradley Manewith, #06280535           FERNANDO NAVARRETE and
Caffarelli & Siegel Ltd.                       EDUARDO FLORES
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601
Tel. (312) 540-1230                              By:  /s/ Bradley Manewith
Fax (312) 540-1231                                     Attorney for Plaintiffs

Vincent H. Beckman III #0152803
Farmworker Advocacy Project
220 S. State St., Ste. 1700
Chicago, IL 60604
Tel. (312) 347-7600 x20
Fax (312) 347-7604

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FERNANDO NAVARRETE and EDUARDO FLORES, | |
| Plaintiffs, | Case No. 07-cv-6164<br>Judge Darrah |
| v. | |
| JQS PROPERTY MAINTENANCE, and JOSEPH G. CARPENTER, individually, | Magistrate Judge Cole |
| Defendants. | |

### PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT
### PURSUANT TO FED. R. CIV. P. 68

Plaintiffs Fernando Navarrete and Eduardo Flores, by and through their attorneys Caffarelli & Siegel Ltd. and Farmworker Advocacy Project, hereby accept Defendants JQS Property Maintenance and Joseph G. Carpenter's Offer of Judgment pursuant to Fed. R. Civ. P. 68 (a copy of which is attached as Ex. A). Pursuant to Defendants' offer, judgment should be entered against Defendants in the total sum of $5,000 in favor of Plaintiffs.

Dated: January 31, 2008                                   Respectfully submitted,

Marc J. Siegel, #06238100
Bradley Manewith, #06280535            FERNANDO NAVARRETE and
Caffarelli & Siegel Ltd.                          EDUARDO FLORES
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601
Tel. (312) 540-1230                           By:  /s/ Bradley Manewith
Fax (312) 540-1231                                    Attorney for Plaintiffs

Vincent H. Beckman III #0152803
Farmworker Advocacy Project
220 S. State St., Ste. 1700
Chicago, IL 60604
Tel. (312) 347-7600 x20
Fax (312) 347-7604

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of Plaintiffs' Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 to the individuals below:

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Dr.
Woodstock, IL 60098

Vincent H. Beckman III #0152803
Farmworker Advocacy Project
220 S. State St., Ste. 1700
Chicago, IL 60604

Courtesy copies delivered to Judge Darrah via hand delivery.

                                                      /s/ Bradley Manewith
                                                      Bradley Manewith
                                                      Caffarelli & Siegel Ltd.
                                                      Two Prudential Plaza
                                                      180 N. Stetson, Suite 3150
                                                      Chicago, IL 60601