UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FERNANDO NAVARRETE and )
EDUARDO FLORES, )
 )
 Plaintiffs, )
 ) No. 07 C 6164
v. )
 ) Judge John W. Darrah
JQS PROPERTY MAINTENANCE and )
JOSEPH G. CARPENTER, individually. )
 )
 Defendants. )

## OFFER OF JUDGMENT

NOW COME the Defendants, JQS Property Maintenance and Joseph G. Carpenter, by and through their attorneys, Harrison Law Offices, P.C., and pursuant to Rule 68 of the Federal Rules of Civil Procedure, offer to allow judgment to be taken against them, and in favor of the Plaintiffs, Fernando Navarrete and Eduardo Flores, for the total sum of $5,000.00; said $5,000.00 offer of judgment is expressly intended to include Plaintiffs' attorney's fees and costs accrued, and is not meant to be an amount in addition to Plaintiffs' attorney's fees and costs.

Joseph G. Carpenter, Plaintiff
By:

James T. Harrison
Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
(815) 338-7738 (Fax)
Attorney No. 06207020

EXHIBIT A