# United States District Court
## Northern District of Illinois
### Eastern Division

Navarrette, et. al.                                   **JUDGMENT IN A CIVIL CASE**

v.                                                             Case Number: 07 C 6164

JQS Property Maintenance, et. al.

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 1/29/08 memorandum opinion and order, defendants' motion to transfer venue is granted [12]. The case is transferred to the Western Division of the Northern District of Illinois. Enter Memorandum Opinion and Order.

Michael W. Dobbins, Clerk of Court

Date: 1/29/2008

/s/ Melanie A. Foster, Deputy Clerk