# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6164 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Navarrete, et al. vs. JQS Property Maintenance, et al. | | |

**DOCKET ENTRY TEXT:**

Pursuant to defendants' offer of judgment and plaintiffs' acceptance of offer of judgment, judgment is entered for plaintiffs and against defendants in the amount of $5,000.00. This case is closed. Any pending motions are now moot.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | sw |
|---|---|---|