# United States District Court
## Northern District of Illinois
### Western Division

Fernando Navarrete, et al.            **JUDGMENT IN A CIVIL CASE**

       v.                                           Case Number: 07 C 6164

JQS Property Maintenance, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Pursuant to defendants' offer of judgment and plaintiffs' acceptance of offer of judgment, judgment is entered for plaintiffs and against defendants in the amount of $5,000.00. This case is closed. Any pending motions are now moot.

                                                                           Michael W. Dobbins, Clerk of Court

Date: 2/15/2008                                       _____
                                                           /s/ Susan Wessman, Deputy Clerk